UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ARCHITECTURAL CONCEPTS, LLC. | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:19-cv-00600-RP |
| | § | |
| HUNT CONSTRUCTION GROUP, INC. | § | |
| and MANCHESTER TEXAS | § | |
| FINANCIAL GROUP, LLC | § | |
|    Defendants. | § | |

**MTFG'S RESPONSE HUNT'S MOTION TO COMPEL ARBITRATION**

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

Defendant Hunt Construction Group Inc. ("Hunt") does not address Plaintiff Architectural Concept LLC's claims against co-Defendant Manchester Texas Financial Group LLC ("MTFG") in Defendant Hunt Construction Group Inc.'s Motion to Compel Arbitration Pursuant to Rule 12(b)(1) and Alternatively, to Dismiss Pursuant to Rules 9(c) and 12(b)(6) (Dkt. 11) ("Hunt's Motion to Compel Arbitration").[1]

MTFG files this Response to Hunt's Motion to Compel Arbitration to reserve its rights to seek a stay of Plaintiff's claims against MTFG should the claims against Hunt be submitted to arbitration. *See Waste Mgmt. v. Residuos Industriales Multiquim, S.A.*, 372 F.3d 339, 343 (5th Cir. 2004) (holding, pursuant to Section 3 of the Federal Arbitration Act,[2] non-signatory entitled to

---

[1] *See* Hunt's Motion to Compel Arbitration p. 8 ("All of Plaintiff's claims against Hunt therefore fall within the scope of the arbitration provision. . . . The Court should dismiss or stay all of the claims against Hunt pursuant to Rule 12(b)(1) and compel arbitration of this matter."); p. 11 ("Plaintiff's claims against Hunt should be dismissed and/or stayed pending arbitration.").

[2] 9 U.S.C.S. § 3.

stay pending arbitration of claims between signatories when: "1) the arbitrated and litigated disputes . . . involve the same operative facts; 2) the claims asserted in the arbitration and litigation [are] 'inherently inseparable'; and 3) the litigation [will] have a 'critical impact' on the arbitration").

While thin on factual allegations, Plaintiff's Original Petition (Dkt. 1-1) asserts the following causes of action: (A) Breach of Contract; (B) Quantum Meruit; (C) Prompt Pay Act; (D) Violations of the Texas Construction Trust Fund Act; and (E) Foreclosure of Lien. Pl.'s Orig. Pet. ¶¶ 11-25 (Dkt. 1-1). It appears that only Hunt is alleged to be liable for Breach of Contract and Quantum Meruit (causes (A) and (B)). *Id.* at ¶¶ 12-18. However, Plaintiff fails to specify an allegedly liable defendant for the later three causes of action, *i.e.* (C) Prompt Pay Act; (D) Violations of the Texas Construction Trust Fund Act; and (E) Foreclosure of Lien. *Id.* at ¶¶ 19-25.

Only four factual allegations support all of Plaintiff's five claims: (1) that Hunt contracted with Plaintiff to perform work at the Fairmont Austin Hotel; (2) that Plaintiff provided services and furnished materials for Hunt; (3) that Plaintiff is owed $657,452.19, and (4) that Hunt failed and refused to tender payment. *Id.* at ¶¶ 7-10.

Although one cannot discern which causes of action Plaintiff brings against MTFG, given the entirely duplicative alleged factual bases for the claims, it appears that if the claims against Hunt are compelled to arbitration, a stay of Plaintiff's claims against MTFG would be appropriate. *See Waste Mgmt.*, 372 F.3d at 343. MTFG files this Response to reserve its rights.

## CONCLUSION

Accordingly, MTFG notes its rights to seek a stay of Plaintiff's claims against MTFG should the claims against Hunt be submitted to arbitration.

Date: July 22, 2019                    Respectfully submitted,

**DUNHAM LLP**
919 Congress Avenue, Suite 900
Austin, Texas 78701
512.615.1255 Telephone
512.615.1256 Facsimile

By: */s/ I. Antongiorgi*
    David E. Dunham
    State Bar No. 06227700
    Email:
    Isabelle M. Antongiorgi
    State Bar No. 24059386
    Email: isabelle@dunhamllp.com
    Emily Young
    State Bar No. 24088698
    Email: emily@dunhamllp.com

and

Angelle M. Adams
Texas State Bar No. 24055081
Email: angelle@mazzarellalaw.com
**MAZZARELLA & MAZZARELLA, LLP**
2550 Fifth Avenue, 9th Floor
San Diego, CA 92103-6625
619.238.4900 Telephone
619.238.4959 Facsimile

**COUNSEL FOR DEFENDANT MANCHESTER TEXAS FINANCIAL GROUP, LLC**

# CERTIFICATE OF SERVICE

This is to certify that on this the 22nd day of July, 2019, a copy of the foregoing document was served on the following as indicated:

**VIA ELECTRONIC FILING SERVICE:**

Amy K. Anderson
Email: aanderson@joneswalker.com
**JONES WALKER LLP**
811 Main Street, Suite 2900
Houston, Texas 77002
713.437.1800 (Tel)
713.437.1810 (Fax)

Meghan E. Smith *(Admitted Pro Hac Vice)*
Email: msmith@joneswalker.com
Tarak Anada *(Admitted Pro Hac Vice)*
Email: tanada@joneswalker.com
**JONES WALKER LLP**
2019 St. Charles Avenue, Suite 2900
New Orleans, LA 70130
504.582.8000 (Tel)
514.589.8322 (Fax)
**ATTORNEYS FOR HUNT CONSTRUCTION GROUP, INC.**

Branch M. Sheppard
bsheppard@gallowaylawfirm.com
Mark Appling
mappling@gallowaylawfirm.com
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC**
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR PLAINTIFF ARCHITECTUAL CONCEPTS LLC**

/s/ *I. Antongiorgi*
Isabelle M. Antongiorgi